# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS LLC, et al.[1],<br><br>        Debtors. | Chapter 7<br><br>Case No. 15-11786 (MFW)<br>(Jointly Administered) |
| OMAR M. OLIVIER, on behalf of himself and all other similarly situated,<br><br>        Plaintiff,<br>v.<br><br>UNIVITA HEALTH, INC. and UNIVITA OF FLORIDA, INC.,<br><br>        Defendants. | Adversary No. 15-51380 (MFW) |

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE CLASS ACTION ADVERSARY PROCEEDING COMPLAINT FOR VIOLATION OF WARN ACT 29 U.S.C. § 2101,** *et seq.*

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Omar M. Olivier, on behalf of himself and all others similarly situated (the "Plaintiff"), and David W. Carickhoff, as Chapter 7 Trustee on behalf of Defendants, Univita Health, Inc. and Univita of Florida, Inc. ("Defendants"), by and through their undersigned counsel, that the time within which Defendants may answer or otherwise respond to the Complaint filed in the above adversary proceeding is hereby extended to and including April 1, 2022. Nothing in this Stipulation shall prejudice the rights of either party.

---

[1] The Debtors are the following entities: Univita Holdings LLC (15-11786), Univita Health Holdings Corp. (15-11787), Univita Health Inc. (15-11788), Univita Homecare Holdings LLC (15-11789), Univita Homecare Solutions LLC (15-11790), Univita of Florida, Inc. (15-11791), Univita Health Systems Holdings, LLC (15-11792), Univita Healthcare Solutions LLC (15-11793), Univita of Georgia LLC (15-11794); Univita of Tennessee, Inc. (12-11795); Univita Healthcare Solutions of Georgia, Inc. (15-11796); and All-Med Management Systems of New York Independent Practice Association, Incorporated (15-11797).

2

| | |
|---|---|
| */s/ Alan M. Root* | */s/ Christopher D. Loizides* |
| Alan M. Root (No. 5427) | Christopher D. Loizides (3968) |
| ARCHER & GREINER, P.C. | LOIZIDES, P.A. |
| 300 Delaware Avenue, Suite 1100 | 1225 King Street, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 777-4350 | Telephone: (302) 654-0248 |
| Fax: (302) 777-4352 | Email: loizides@loizides.com |
| E-mail: aroot@archerlaw.com | |

*Attorneys for the Ch. 7 Trustee*

Jack A. Raisner (admitted pro hac vice)
René S. Roupinian (admitted pro hac vice)
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: 212-221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

Dated: February 9, 2022

*Attorneys for Plaintiff and the putative class*

Dated: February 9, 2022

223348089v1