# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS LLC, et al.[1],<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11786 (MFW)<br>(Jointly Administered) |
| OMAR M. OLIVIER, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVITA HEALTH, INC. and UNIVITA OF FLORIDA, INC.,<br><br>Defendants. | Adversary No. 15-51380 (MFW) |

**ORDER APPROVING STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE CLASS ACTION ADVERSARY PROCEEDING COMPLAINT FOR VIOLATION OF THE WARN ACT, 29 U.S.C. § 2101, *et seq.***

This Court having considered the Stipulation Extending Time to Answer or Otherwise Respond to the Class Action Adversary Complaint for Violation of the Worker Adjustment and Retraining Notification (WARN) Act, 29 U.S.C. § 2101, *et. seq.* (the "Stipulation"); and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that:

---

[1] The Debtors are the following entities: Univita Holdings LLC (15-11786), Univita Health Holdings Corp. (15-11787), Univita Health Inc. (15-11788), Univita Homecare Holdings LLC (15-11789), Univita Homecare Solutions LLC (15-11790), Univita of Florida, Inc. (15-11791), Univita Health Systems Holdings, LLC (15-11792), Univita Healthcare Solutions LLC (15-11793), Univita of Georgia LLC (15-11794); Univita of Tennessee, Inc. (12-11795); Univita Healthcare Solutions of Georgia, Inc. (15-11796); and All-Med Management Systems of New York Independent Practice Association, Incorporated (15-11797).

1. The Stipulation is hereby Approved.

223348092v1

Dated: February 11th, 2022  
Wilmington, Delaware

*/s/ Mary F. Walrath*  
MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE